UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE CO.,
*et al.*,

                Plaintiffs,

— against —

ALEXANDRE MICHEL SCHEER, M.D., *et al.*,,

                Defendants.
------------------------------------------------------------------x

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

13-CV-4039 (SLT)(SMG)

**TOWNES, United States District Judge:**

In a report and recommendation dated August 18, 2014, Magistrate Judge Gold recommended that plaintiffs' motion for a default judgment be granted with respect to Management Defendants Ben-Zion Kliot, Zahi Kliot and Ruvin Katz, and that judgment be entered against these defendants, jointly and severally, in the amount of $3,205,797.90. Judge Gold further recommended that plaintiffs' motion for a default judgment against defendant Pavel Yutsis be denied, and that the final judgment provide that plaintiffs may not recover a total of more than $3,205,797.90 on all of their claims against all defendants based upon payments made by GEICO to Gotham Medical. Judge Gold's report and recommendation expressly advised the parties that any objections to the report and recommendation had to be filed within fourteen days after the filing of the report. Neither plaintiffs nor defendants have filed any objections to as of the date of this writing.

A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Accordingly, this Court adopts Judge Gold's

report and recommendation dated August 18, 2014, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

## *CONCLUSION*

For the reasons stated above, Magistrate Judge Gold's Report and Recommendation dated August 18, 2014, is adopted in its entirety. Default judgment is granted with respect to Management Defendants Ben-Zion Kliot, Zahi Kliot and Ruvin Katz, and the Clerk of Court shall enter judgment against these defendants, jointly and severally, in the amount of $3,205,797.90. Default judgment is denied with respect to defendant Pavel Yutsis. The final judgment shall provide that plaintiffs may not recover a total of more than $3,205,797.90 on all of their claims against all defendants based upon payments made by GEICO to Gotham Medical.

**SO ORDERED**.

/s/
SANDRA L. TOWNES
United States District Judge

Dated: September 30 , 2014
      Brooklyn, New York